UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 24  P 12: 20

| | |
|---|---|
| JESUS ROSA<br>    Plaintiff | CASE NO.<br>3:03CV979(JCH) |
| v. | MOTION ON CONSENT FOR<br>EXTENSION OF TIME TO<br>COMPLY WITH RULE 26(f)<br>AND EXTEND DISCOVERY |
| HARTE NISSAN, INC.<br>    Defendant | DEADLINES<br><br>October 22, 2003 |

Pursuant to Rule 7(b) of the Rules of the United States District Court for the District of Connecticut, as amended, the Plaintiff in the above-captioned matter hereby moves for an extension of time of twenty (20) days from the date hereof, or to and including November 11, 2003, to comply with Fed. R. Civ. P. 26(f) and further moves for an extension of the discovery deadlines in the standing order of three (3) months, to and including January 21, 2004. Good cause exists for the granting of this motion as follows:

1.  The instant case was incorrectly entered in Plaintiff's counsel's tracking system and the deadline to comply with Fed. R. Civ. P. 26(f) (July 30, 2003) was unintentionally missed.

2.  The 26(f) Report was faxed to Attorney McGrath for review of even date herewith.

3.  Due to the length of time which has transpired since the filing of this suit, Plaintiff further moves for an extension of three (3) months, to and including January 21, 2004, to complete discovery.

4.  Attorney McGrath has agreed and consented to this motion for extension of time.

5.   This is the first motion filed by the undersigned with respect to these time limitations.

                                    PLAINTIFF, Jesus Rosa

By: _____
     Daniel S. Blinn   ct02188
     Sarah Poriss     ct24372
     Consumer Law Group, LLC
     P. O. Box 1039   2138 Silas Deane Highway
     Rocky Hill, CT  06067-9997
     Tel (860) 571-0408  Fax (860) 571-7457

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Motion on Consent for Extension of Time was mailed, via first class mail, postage prepaid, this 22nd day of October, 2003.

William J. McGrath, Jr., Esquire
HALLORAN & SAGE LLP
One Goodwin Square   225 Asylum Street
Hartford, CT 06103

_____
Sarah Poriss