UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 24 P 12: 20

| | | |
|---|---|---|
| JESUS ROSA<br>Plaintiff | ) | CASE NO.<br>3:03CV979(JCH) |
| | ) | |
| v. | ) | MOTION ON CONSENT FOR<br>EXTENSION OF TIME TO<br>COMPLY WITH RULE 26(f)<br>AND EXTEND DISCOVERY |
| HARTE NISSAN, INC.<br>Defendant | ) | DEADLINES |
| | ) | October 22, 2003 |

Pursuant to Rule 7(b) of the Rules of the United States District Court for the District of Connecticut, as amended, the Plaintiff in the above-captioned matter hereby moves for an extension of time of twenty (20) days from the date hereof, or to and including November 11, 2003, to comply with Fed. R. Civ. P. 26(f) and further moves for an extension of the discovery deadlines in the standing order of three (3) months, to and including January 21, 2004. Good cause exists for the granting of this motion as follows:

1. The instant case was incorrectly entered in Plaintiff's counsel's tracking system and the deadline to comply with Fed. R. Civ. P. 26(f) (July 30, 2003) was unintentionally missed.

2. The 26(f) Report was faxed to Attorney McGrath for review of even date herewith.

3. Due to the length of time which has transpired since the filing of this suit, Plaintiff further moves for an extension of three (3) months, to and including January 21, 2004, to complete discovery.

4. Attorney McGrath has agreed and consented to this motion for extension of time.

*[Handwritten annotations in margin: "Motion Granted - Discovery cut off w/ 1/21/04. So Ordered." and "10/24/03" and "Not ext time"]*