UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JESUS ROSA | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-03-cv-979 (JCH) |
| | : | |
| HARTE NISSAN, INC. | : | |
|     Defendant | : | NOVEMBER 12, 2003 |

**REFERRAL TO MAGISTRATE JUDGE**

    This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

_____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_____ A ruling on the following motions which are currently pending (orefm.):

√ A settlement conference (orefmisc./cnf)

**SO ORDERED.**

    Dated at Bridgeport, Connecticut this 12th day of November, 2003.


_____
Janet C. Hall
United States District Judge