03CV979-26rpt

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 10 P 12: 33

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| **JESUS ROSA,**<br>**PLAINTIFF** | )<br>)<br>)<br>) | CASE NO.<br>3:03CV00979(JCH) |
| v. | )<br>) | 26(f) REPORT OF<br>PARTIES' PLANNING<br>MEETING |
| **HARTE NISSAN, INC.,**<br>**DEFENDANT** | )<br>)<br>) | November 7, 2003 |

Date Complaint Filed:       June 2, 2003.

Date Complaint Served:      The defendant, Harte Nissan, Inc. ("Harte Nissan") was duly served on June 5, 2003.

Date of Defendant's Appearance:    William J. McGrath appeared for Harte Nissan on June 30, 2003.

Pursuant to Fed. R. Civ. P 16(b), 26(f) and D. Conn. L. Civ. R. 38, a conference was held on 30, 2003. The participants were:

Sarah Poriss for the plaintiff Jesus Rosa.

William J. McGrath for the defendant Harte Nissan.

**Certification**

Undersigned counsel certify that, after Consultation with their clients, they have discussed the

and basis of the parties' claims and defenses and any possibilities for achieving a prompt settlement

resolution of the case and in consultation with their clients, have developed the following

d case management plan. Counsel further certify that they have forwarded a copy of their report

clients.

II.    **Jurisdiction**

A. Subject Matter Jurisdiction: 15 U.S.C. §1640(e), 28 U.S.C. §1331 §1337, and Fed.

R. Civ. P. 18(a).

Report Approved. Discovery cutoff date 3/18/04
Dispositive motions due by 4/29/04
Rule 16 Conference to be held on 2/11/04 @ 9:30am.
SO ORDERED
/s/ Janet C. Hall, U.S.D.J.
11/11/04