### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JESUS ROSA,** | ) | **CASE NUMBER:** |
| **Plaintiff** | ) | **3:03CV979(JCH)** |
| **v.** | ) | |
| | ) | **NOTICE** |
| **HARTE NISSAN, INC.** | ) | **OF DISMISSAL** |
| **Defendant** | ) | |
| | ) | **January 14, 2004** |

Pursuant to F.R.C.P. §41(a)(1), the plaintiff, Jesus Rosa, through his attorney Daniel S. Blinn,

hereby gives notice that the claims of the above-entitled action shall be dismissed without prejudice and

without costs.

PLAINTIFF, Jesus Rosa


By: _____
Daniel S. Blinn     ct02188
Matthew T. Theriault    ct23077
Consumer Law Group, LLC
P. O. Box 1039   2138 Silas Deane Highway
Rocky Hill, Connecticut 06067-9997
Tel (860) 571-0408  Fax (860) 571-7457

### CERTIFICATION

I hereby certify that a copy of the foregoing Notice of Dismissal was sent via Facsimile this 14th
day of January, 2004, to all counsel and/or pro se parties of record, as follows:


*@ Facsimile: 548-0006*
William J. McGrath
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103


_____
Daniel S. Blinn