03cv 979Not

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| JESUS ROSA, | ) |
|     Plaintiff | ) |
| v. | ) |
| | ) |
| HARTE NISSAN, INC. | ) |
|     Defendant | ) |

CASE NUMBER:
3:03CV979(JCH)

NOTICE
OF DISMISSAL

2004 JAN 16 P 2: 20

US DISTRICT COURT
BRIDGEPORT CT

January 14, 2004

Pursuant to F.R.C.P. §41(a)(1), the plaintiff, Jesus Rosa, through his attorney Daniel S. Blinn,

hereby gives notice that the claims of the above-entitled action shall be dismissed without prejudice and

without costs.

PLAINTIFF, Jesus Rosa

By: _____
    Daniel S. Blinn   ct02188
    Matthew T. Theriault  ct23077
    Consumer Law Group, LLC
    P. O. Box 1039  2138 Silas Deane Highway
    Rocky Hill, Connecticut 06067-9997
    Tel (860) 571-0408  Fax (860) 571-7457

### CERTIFICATION

I hereby certify that a copy of the foregoing Notice of Dismissal was sent via Facsimile this 14th
day of January, 2004, to all counsel and/or pro se parties of record, as follows:

William J. McGrath
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103

_____
Daniel S. Blinn